# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3195
_____

CHARLES L. SPANN, father,

Appellant,

v.

SHELLI D. PAYNE, Mother In RE:
A.J.S., a minor child,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary Lee Bergosh, Judge.

December 13, 2023

PER CURIAM.

This is an appeal of a circuit court order dismissing Appellant Charles Spann's petition seeking, among other things, child support. The trial court found that this issue was not properly before the court.

Section 61.13, Florida Statutes, governs the procedures for establishing child support through the circuit court. The "court may at any time order either or both parents who owe a duty of support to a child to pay support to the other parent." § 61.13(1)(a), Fla. Stat. Trial courts are afforded broad discretion when determining child support, and retroactive support can be imposed "as equity requires." *See* § 61.14(1)(a), Fla. Stat. Mr. Spann

therefore properly invoked the jurisdiction of the court in seeking child support.

We reverse the order of the circuit court to the extent the order found that the claim of child support was improperly before the court. We remand for further proceedings. As to all other issues, we affirm the trial court's order.

REVERSED in part, AFFIRMED in part, and REMANDED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles L. Spann, pro se, Appellant.

Shelli D. Payne, pro se, Appellee.